RAYMOND H. AVER - SBN 109577
LAW OFFICES OF RAYMOND H. AVER
A Professional Corporation
10801 National Boulevard, Suite 100
Los Angeles, California  90064
Telephone: (310) 571-3511
email: ray@averlaw.com

General Insolvency Counsel for
GEORGINA, LLC
Debtor and Debtor In Possession

**FILED & ENTERED**

**OCT 17 2017**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY gasparia  DEPUTY CLERK**

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA [SAN FERNANDO VALLEY DIVISION]

| | |
|---|---|
| In re:<br><br>**GEORGINA, LLC,**<br><br>            Debtor. | Case No. 1:16-bk-10140-MB<br><br>Chapter 11<br><br>ORDER APPROVING "STIPULATION TO: (A) CONTINUE PRE-PLAN CONFIRMATION CONFERENCE AND PLAN CONFIRMATION HEARING; AND (B) EXTEND RELATED DEADLINES"<br><br>**Current Hearings Date:**<br>Date:  October 17, 2017<br>Time:  1:30 p.m.<br><br>**Continued Hearings Date**:<br>Date:  January 16, 2018<br>Time:  1:30 p.m.<br>Place: Courtroom 303<br>       United States Bankruptcy Court<br>       21041 Burbank Boulevard<br>       Woodland Hills, California |

*Law Offices of Raymond H. Aver, APC*

ORDER APPROVING STIPULATION TO CONTINUE HEARINGS AND TO EXTEND DEADLINES

Page 1

The Court having reviewed and considered the "Stipulation To: (A) Continue Pre-Plan Confirmation Conference And Plan Confirmation Hearing; And (B) Extend Related Deadlines" ("Stipulation"), and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the Stipulation is approved;

**IT IS FURTHER ORDERED** that the deadline for Georgina, LLC, the chapter 11 debtor and debtor in possession in the above captioned bankruptcy case, to respond to the document production request in the "Secured Creditor Hersel Kohan's Notice Of Deposition Of Debtor's Principal, Ben Sayani And For Production Of Documents" ("Sayani Deposition Notice") shall be extended from September 1, 2017, to November 17, 2017;

**IT IS FURTHER ORDERED** that the deadline for Hersel Kohan ("Kohan") to respond to the document production request in the "Notice Of Taking Deposition Of Hersel Kohan And For Production Of Documents" ("Kohan Deposition Notice") shall be extended from September 5, 2017, to November 20, 2017;

**IT IS FURTHER ORDERED** that the deposition of Ben Sayani originally noticed for May 11, 2017 pursuant to the Sayani Deposition Notice shall be deemed noticed for December 15, 2017;

**IT IS FURTHER ORDERED** that the deposition of Kohan originally noticed for May 12, 2017 pursuant to the Kohan Deposition Notice shall be deemed noticed for December 18, 2017;

**IT IS FURTHER ORDERED** that the Pre-Plan Confirmation Conference and the Plan Confirmation hearing shall be continued from October 17, 2017, to January 16, 2018, at 1:30 p.m., in courtroom 303 of the United States Bankruptcy Court for the Central District of California [San Fernando Valley Division],

located at 21041 Burbank Boulevard, Woodland Hills, California 91367 ("Bankruptcy Court"); and

**IT IS FURTHER ORDERED** that ~~the parties may appear telephonically at~~ the chapter 11 Status Conference, presently scheduled for October 17, 2017, at 1:30 p.m. in courtroom 303 of the Bankruptcy Court, <u>is continued to January 16, 2018, at 1:30 p.m.</u>

###

Date: October 17, 2017

_____
Martin R Barash
United States Bankruptcy Judge

*Law Offices of Raymond H. Aver, APC*

***ORDER APPROVING STIPULATION TO CONTINUE HEARINGS AND TO EXTEND DEADLINES***

Page 3